# IN THE UNITED STATED DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA CAPPEL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF TAMIKA JONES, DECEASED ALFONSO JONES, AN INDIVIDUAL<br>　　　　　Plaintiffs<br><br>vs.<br><br>ASTON TOWNSHIP FIRE DEPARTMENT, TOWNSHIP OF ASTON, DELAWARE COUNTY PENNSYLVANIA, PROSPECT CROZER, LLC, PROSPECT CCMC, LLC, CHIEF MICHAEL EVANS, KENNY DAWSON, EOIN MARSHALL, AARON KISELA<br>　　　　　Defendants | CIVIL ACTION NO.<br>2:23-cv-00155-JFM<br><br><br><br>**JURY TRIAL DEMANDED** |

**PROSPECT CROZER, LLC T/A CROZER HEALTH AND ALSO T/A CROZER CHESTER MEDICAL CENTER AND PROSPECT CCMC, LLC T/A CROZER HEALTH AND ALSO T/A CROZER CHESTER MEDICAL CENTER**
<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Prospect Crozer, LLC and Prospect CCMC, LLC make the following disclosures. The parent company of Prospect CCMC, LLC is Prospect Crozer, LLC. The parent company of Prospect Crozer, LLC is

Prospect Penn, LLC. Prospect Penn, LLC has no stock ownership, and accordingly, no publicly-held corporation owns 10% or more of Prospect CCMC, LLC or Prospect Crozer LLC.

                                          **Eckert Seamans Cherin & Mellott, LLC**

BY: _____
        DONALD J. BROOKS, JR., ESQUIRE/#54114
        ANDREW J. BOND, ESQUIRE/#322764

Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8400
dbrooks@eckertseamans.com
abond@eckertseamans.com
Attorney for Defendants, *Prospect Crozer, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center and Prospect CCMC, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2023, a true and correct copy of the foregoing **Response of Prospect** Crozer**, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center and Prospect CCMC, LLC t/a Crozer Health and also t/a Crozer Chester Rule 7.1 Disclosure** was served via the court's electronic filing system upon the following:

*KIRK W. MYLANDER*
*Mylander Law*
*23180 SW Greengate Place*
*Sherwood, OR 97140*
*503-577-1426*
*kirk@mylanderlaw.com*

*EDWARD S. ROBSON*
*ROBSON & ROBSON P.C.*
*2200 RENAISSANCE BOULEVARD*
*SUITE 270*
*KING OF PRUSSIA, PA 19406*
*erobson@robsonlaw.com*

*John Gerard Devlin*
*Devlin Associates, P.C.*
*1500 John F. Kennedy Blvd.*
*Suite 1000*
*Philadelphia, PA 19102*
*215-564-6740*
*info@devlinlaw.com*

*Suzanne McDonough, Esq.*
*Holsten Associates, P.C.*
*115 North Jackson Street*
*Media, Pennsylvania 19063*
*smcdonough@holstenassoc.com*

By: _____
Andrew J. Bond, Esquire