IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA CAPPEL, ALFONSO JONES, THE ESTATE OF TAMIKA JONES | : : : | CIVIL ACTION |
| v. | : : | NO. 23-155 |
| ASTON TOWNSHIP FIRE DEPARTMENT, PROSPECT CROZER, LLC, PROSPECT CCMC, LLC, CHIEF MICHAEL EVANS, KENNY DAWSON, EOIN MARSHALL, AARON KISELA, THOMAS MORGAN, SR., SEAN JOYCE | : : : : : : | |

# ORDER

AND NOW, this 15th day of January 2025, in light of the notice of Bankruptcy Petition (DI 99), it is **ORDERED**:

1. We **STAY** the case pursuant to § 362(a) only with respect to defendants Prospect Crozer, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center and Prospect CCMC, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center ("Prospect Defendants").

2. The motion for summary judgment filed by Prospect Defendants (DI 90) is **DENIED** without prejudice and with leave to refile.

3. Plaintiff and remaining defendants shall meet and confer and file a brief that responds to DI 96, addresses whether the entire case should be stayed, and suggests a course of action, no later than **January 24, 2025**.

4. We **cancel** the January 27, 2025 oral argument conference.

MURPHY, J.