# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA CAPPEL, Individually and as Personal Representative for THE ESTATE OF TAMIKA JONES, Deceased, and ALFONSO JONES, an individual.<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTON TOWNSHIP FIRE DEPARTMENT, a Pennsylvania local government entity; TOWNSHIP OF ASTON, a Pennsylvania municipality; DELAWARE COUNTY PENNSYLVANIA, a government entity; PROSPECT CROZER, LLC t/a CROZER HEALTH and also t/a CROZER CHESTER MEDICAL CENTER;PROSPECT CCMC, LLC t/a CROZER HEALTH and also t/a CROZER CHESTER MEDICAL CENTER; CHIEF MICHAEL EVANS; KENNY DAWSON; EOIN MARSHALL; AARON KISELA; THOMAS MORGAN, SR., SEAN JOYCE, TIM BOYCE, JOHN DOES 1-25, individuals;<br><br>    Defendants. | No. 2:23-cv-00155-JFM<br><br>**JOINT REPLY RE: MOTION TO SETTLE** |

## JOINT REPLY RE: MOTION TO SETTLE

Plaintiffs, by and through their counsel, Kirk Mylander, and Defendants Aston Township Fire Department, Chief Michael Evans, Kenny Dawson, Eoin Marshall, Aaron Kisela, Thomas Morgan, Sr., and Sean Joyce ("ATFD Defendants"), by and through their counsel Andrew Benedict, jointly file this Reply in Response to the Motion to Settle (DI 95) and responding to Prospect Crozer, LLC and Prospect CCMC, LLC ("Crozer Defendants") Response to the Motion to Settle (DI 96).

## SETTLEMENT APPROVAL

Plaintiffs and ATFD Defendants jointly request approval of the settlement as outlined in the Motion to Settle (DI 95). Crozer Defendants do not oppose the settlement, as stated in their

Response (DI 96 at 1).

**Crozer Does Not Oppose Approval, But Requests ATFD Defendants Remain in Case**

The Crozer Defendants in their Response asked this Court "to ensure… the ATFD defendants will remain in the case for purposes of potential apportionment at the time of trial."

Plaintiffs and the ATFD Defendants agree that if this Court grants their joint motion to approve the proposed settlement, the ATFD Defendants remain a party in the stayed case. If Plaintiffs' claims are settled through the bankruptcy court, then this Court would be notified and this present matter concluded.

If, however, Crozer were to reemerge from bankruptcy without settlement of Plaintiffs' claims, then the stay would be lifted in this case with the ATFD Defendants and the Crozer Defendants remaining as parties. Were the case then to proceed to trial, all parties are in agreement that the ATFD Defendants would remain on the verdict form for purposes of apportioning responsibility. Because no parties' rights would be prejudiced, the motion to approve the settlement should be granted.

**WHEREFORE,** Plaintiffs and ATFD Defendants respectfully request that this Court grant the Motion to Settle and enter the Order previously submitted.

Respectfully submitted this 23rd day of January 2025.

| **MYLANDER LAW:** | **BBC LAW LLP:** |
|---|---|
| *s/ Kirk W. Mylander* | *s/ Andrew R. Benedict* |
| Kirk W. Mylander | Andrew R. Benedict |
| Oregon State Bar No. 993303 | Attorney ID No. 87939 |
| 23180 SW Greengate Pl | 2005 Market Street, Suite 1940 |
| Sherwood, OR 97140 | Philadelphia, PA 19103 |
| Telephone: (503) 577-1426 | Telephone: (215) 977-4133 |
| kirk@mylanderlaw.com | abenedict@bbclawfirm.com |
| Attorney for Plaintiffs | Attorney for ATFD Defendants |