IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA CAPPEL, ALFONSO JONES | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-155 |
| | : | |
| ASTON TOWNSHIP FIRE DEPARTMENT, TOWNSHIP OF ASTON, DELAWARE COUNTY PENNSYLVANIA, PROSPECT CROZER, LLC, PROSPECT CCMC, LLC, CHIEF MICHAEL EVANS, KENNY DAWSON, EOIN MARSHALL, AARON KISELA | : | |

## ORDER

**AND NOW**, this 10th day of February 2025, upon consideration of plaintiffs' uncontested motion for settlement against defendants Aston Township Fire Department, Chief Michael Evans, Kenny Dawson, Eoin Marshall, Aaron Kisela, Thomas Morgan, Sr., and Sean Joyce only ("ATFD Defendants"), the partial settlement in the above-captioned lawsuit in the gross sum of $950,000.00 by payment on and behalf of ATFD Defendants is hereby **APPROVED**.

Plaintiffs' claims against Defendants Prospect Crozer, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center, and Prospect CCMC, LLC t/a Crozer Health and also t/a Crozer Chester Medical Center ("Crozer Defendants") shall continue.

The ATFD Defendants shall remain in the case for purposes of apportioning responsibility. DI 101.

**IT IS FURTHER ORDERED** that the settlement proceeds be allocated and distributed as follows:

| | |
|---|---|
| Mylander Law<br>Counsel Fees, per Agreement | $303,504.96 |
| | |
| Mylander Law | $30,288.00 |

    Reimbursement of Costs, per Agreement

    <u>Estate of Tamika Jones</u>                                 <u>$616,207.04</u>
        Allocation:
        Wrongful Death: 70%
        Survival Action: 30%

The Administrator is authorized to make disbursements, including attorneys' fees and costs, pursuant to the Motion and to execute all necessary releases, endorse all checks and to make appropriate distribution.

                                                            */s/ John F. Murphy*
                                                           **MURPHY, J.**